**BI–STATE DEVELOPMENT AGENCY, Plaintiff-Appellant,**

**v.**

**CITY OF ST. LOUIS & Arthur G. Talbert, Defendants-Respondents.**

No. 48218.

Missouri Court of Appeals, Eastern District, Division One.

Nov. 13, 1984.

---

Gary M. Kupferle, St. Louis, for plaintiff-appellant.

Michael E. Hughes, St. Louis, for defendants-respondents.

## ORDER

PER CURIAM.

The trial court entered judgment on defendant's counterclaim for damages and against plaintiff on its claim for damages. The judgment is affirmed pursuant to Rule 84.16(b).